# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

No. 1D19-3273

TAJIKAH U. ABDUL KARIM,

Petitioner,

v.

WILKINSON & SONS PLASTERING, INC.,

Respondent.

Petition for Writ of Prohibition—Original Jurisdiction.

September 25, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

Tajikah U. Abdul Karim, pro se, Petitioner.

No appearance for Respondent.